Timothy Carl Aires, Esq. (138169)
AIRES LAW FIRM
180 Newport Center Drive, Suite 260
Newport Beach, California 92660
(949) 718-2020
(949) 718-2021 FAX

Attorneys for Plaintiff,
APPROVED FINANCIAL SERVICES
INCORPORATED

*FILED - SOUTHERN DIVISION*
*CLERK, U.S. DISTRICT COURT*
*AUG 26 2009*
*CENTRAL DISTRICT OF CALIFORNIA*
*BY           DEPUTY*

*JS-6*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| APPROVED FINANCIAL SERVICES INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>ROHAN CONRAD GRANT; STARPOINT INVESTMENTS LLC; UNITED STATES OF AMERICA; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. SACV09-444 JVS (MLGx)<br><br>ORDER RE: DISMISSAL WITHOUT PREJUDICE<br><br>[F.R.C.P., Rule 41] |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, upon the request of Plaintiff Approved Financial Services Incorporated, this action is dismissed without prejudice.

DATED: 8/26/09

*/s/ James V. Selna*
THE HONORABLE JAMES V. SELNA
JUDGE, UNITED STATES DISTRICT COURT